Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                          ) Case No.: 2:10-bk-16269 VZ
                                )
   Choi, Young Hee              ) TRUSTEE'S NOTICE OF
                                ) UNCLAIMED DIVIDEND
                                ) (Bankruptcy Rule 3011)
                                )
                                )
                                )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 642288 in the sum of $875.00 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

Choi, Young Hee
1148 S. Fedora St., #4
Los Angeles, CA  90006

Date:  September 20, 2011                    /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 2 -

Nancy Curry Chapter 13 Trustee                                          Check No. 642288
Pay to: 50003300  U.S. BANKRUPTCY COURT
    Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 1016269-VZ | 999-0 | CHOI, YOUNG HEE | | 0.00 | 875.00 | 0.00 | 875.00 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

September 20, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950

Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

64-79 / 611

No. 642288

PAY** Eight Hundred Seventy Five Dollars and No Cents*******************************

AMOUNT****$875.00************

VOID AFTER December 19, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry*

⑈642288⑈ ⑆061100790⑆ 000000575200 ⑈